UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dynasty Rhonshon Brown**  Docket No. 5:17-CR-201-1FL

### Petition for Action on Supervised Release

 COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dynasty Rhonshon Brown, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 6, 2018, to the custody of the Bureau of Prisons for a term of 19 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

 On August 16, 2019, a Motion of Revocation was filed, and a warrant was issued in response to the defendant's detected use of cocaine, his failure to comply with treatment requirements, and failure to report as directed. On November 8, 2019, the defendant's term of supervised release was revoked, and he was ordered committed to the custody of the Bureau of Prisons for a period of time served. Additionally, a 2-year term of supervised release was imposed with the special condition that he complete mental health treatment. Dynasty Rhonshon Brown was released from custody on November 8, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In response to the defendant's history of drug use, the undersigned probation officer respectfully requests the defendant's judgment be amended to include the following conditions of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

Dynasty Rhonshon Brown
Docket No. 5:17-CR-201-1FL
Petition for Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: November 15, 2019

## ORDER OF THE COURT

Considered and ordered this  22nd  day of  November , 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge